**United States District Court**
For the Northern District of California

1
2
3
4
5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10   MALIBU MEDIA, LLC,                          No. C 15-04176 WHA

11          Plaintiff,

12     v.

13   JOHN DOE SUBSCRIBER ASSIGNED IP          **ORDER GRANTING**
     ADDRESS 98.210.155.69,                   **SEALING MOTION**
14

15          Defendant.
                                          /
16

17          Plaintiff has moved to file the complaint, summons, and return of service under seal,

18   with defendant's identifying information redacted, pursuant to this Court's order granting

19   plaintiff's motion to serve a subpoena on Comcast.  Plaintiff's motion is hereby **GRANTED**.

20   Plaintiff shall have until **JANUARY 15** to effect service.

21

22          **IT IS SO ORDERED.**

23

24   Dated:   January 7, 2016.
                                          _____
                                          WILLIAM ALSUP
25                                        UNITED STATES DISTRICT JUDGE

26
27
28