**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.210.155.69,<br><br>  Defendant.<br>_____/ | No. C 15-04176 WHA<br><br>**ORDER GRANTING SEALING MOTION** |

Defendant seeks leave to file various documents containing his identifying information (Dkt. No. 30). That motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE